UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRYSTAL CAY ENGELHART MALANG,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:13-cv-06046-KLS<br><br>ORDER REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

This matter comes before the Court on the order of the Ninth Circuit Court of Appeals granting the parties joint motion for a full remand pursuant to sentence four of 42 U.S.C. § 405(g), and directing the Court to remand this case to the Commissioenr of Social Security. *See* Dkt. 25. Accordingly, pursuant to the Ninth Circuit's order, the Court hereby remands this case for for a *de novo* hearing and directs the Clerk to enter judgment in accordance with Federal Rule of Civil Procedure 58.

DATED this 13th day of August, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1